**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Donald Runnels    DOC No. 187611
Richland Det. Center D-60
456 Hwy 15
Rayville LA 71269

> Judgment on rehearing rendered and mailed to all parties or counsel of record on January 19, 2022

**REHEARING ACTION: January 19, 2022**

**Docket Number: 20   00264-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DONALD RUNNELS**

**Writ Application from Allen Parish Case No. 2010-5578**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell**
    **Hon. John E. Conery**
    **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Donald Runnels** is:

    **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Herbert Todd Nesom, Counsel for  the Respondent